FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No.: 13-536M
                                    )
                Plaintiff,          )
                                    )
        vs.                         )   ORDER OF DETENTION AFTER HEARING
                                    )   [Fed.R.Crim.P. 32.1(a)(6);
                                    )   18 U.S.C. 3143(a)]
                                    )
_____  Defendant.           )
                                    )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD/CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___PSH PSR___

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/28/13

_____
UNITES STATES MAGISTRATE JUDGE